**Order filed September 24, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00545-CV
_____

### SILVA RUBIO, Appellant

### V.

### HARRIS COUNTY, ET AL, Appellee

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2013-27216**

## ORDER

We direct the Harris County District Clerk to file a supplemental clerk's record containing **intervenor Silva Rubio's Motion for Reconsideration of the May 10, 2019 Order to Disburse Excess Proceeds**. *See* Tex. R. App. P. 34.5(c). The supplemental clerk's record is due on or before **<u>October 4, 2019</u>**.

If the requested item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certification so stating.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.